IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR45 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYLER JOSEPH KEUP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Tyler Joseph Keup (Keup) (Filing No. 14). Mr. Maloney represents that he and the Office of the Federal Public Defender have a conflict of interest in this matter. Mr. Maloney's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 14) is granted.

Leonard P. Vyhnalek, P.O. Box 1205, North Platte, NE 69103, (308) 534-4584, is appointed to represent Keup for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Vyhnalek with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Keup's defense.

The clerk shall provide a copy of this order to Mr. Vyhnalek, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED:**

The hearing on the government's motion for pretrial detention of defendant Keup is scheduled before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 21, 2013, commencing at 10:00 a.m.

DATED this 11th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge