# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:13CR45** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TYLER JOSEPH KEUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of defendant Tyler Joseph Keup (Keup) for return of property (Filing No. 59). The government has filed a response indicating the property was destroyed when no one picked up the property at the FBI office in North Platte after having provided notice to Keup's counsel. Keup's counsel indicated he did not accept personal property but would have one of Keup's family members pick up the property. After waiting six months for someone to pick up the property, it was destroyed (Filing No. 60).

    Keup's motion for return of property (Filing No. 59) is denied.

    **IT IS SO ORDERED.**

    DATED this 23rd day of July, 2014.

                                                  BY THE COURT:

                                                  s/ Thomas D. Thalken
                                                  United States Magistrate Judge