IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR45 |
| vs. | |
| TYLER JOSEPH KEUP, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's request for an amended Judgment and Commitment to include time served when he was ordered to a halfway house from 6/17/17-9/11/17. Filing No. 128. The Court has carefully reviewed the request and will deny the motion. The Court conducted the final revocation hearing on March 14, 2018. Filing No. 126. Mr. Keup admitted to allegation one in the Petition for Offender, and the Court sentenced him to 18 months with credit for time served. Filing No. 127. The Court did not intend to include Mr. Keup's time in the halfway house. Mr. Keup's residence in a halfway house is not considered "official detention" for purposes of receiving a sentencing credit. 18 U.S.C. 3585(b); *United States v. Parris*, 741 F.3d 919, 921 (8th Cir. 2014); *Moreland v. United States*, 968 F.2d 655, 657-59 (8th Cir. 1992). Accordingly,

IT IS ORDERED THAT defendant's motion for an amended Judgment and Commitment, Filing No. 128, is denied.

Dated this 26th day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge